UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                            CASE NO: 2:13-cr-96-FtM-38CM

BRIAN ROBERT HARLING

### ORDER

This matter comes before the Court on receipt of the Defendant's letter to the undersigned, received in Chambers on or before October 15, 2014. As correspondence with the Court in the form of a letter is not permitted[1], the letter will be forwarded to Counsel for Defendant without filing and for whatever action deemed appropriate, including the filing of a motion.

Accordingly, it is now

**ORDERED:**

The Clerk shall forward Defendant's letter directly to Counsel for Defendant, without filing a copy.

**DONE AND ORDERED** at Fort Myers, Florida, this October 23, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record

---

[1] See M.D. Fla R. 3.01(f).