UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA  :
                                 :

v.                              :         Case No.:    2:13-CR-96-FTM-38-CM
                                 :

BRIAN ROBERT HARLING    :
_____:

**DEFENDANT BRIAN ROBERT HARLING'S WITNESS LIST**

COMES NOW, undersigned counsel, on behalf of the Defendant, BRIAN ROBERT

HARLING, and files his witness list.

1.    The Defendant adopts the witness list filed by the government.

2.    The Defendant reserves the right to amend this witness list as necessary during the course

of trial.

                                          By: /s/ Mark J. O'Brien
                                          Mark J. O'Brien, Esquire
                                          Florida Bar No.: 0160210
                                          511 West Bay Street
                                          Third Floor - Suite 330
                                          Tampa, Florida 33606
                                          Direct:      (813) 228-6989
                                          Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on December 1, 2014 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien