UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,       Case No.   2:13-cr-96-FtM-38CM

      Plaintiff,    ☐
      Government ☒      ☐ Evidentiary
                                   ☒ Trial
v.                                        ☐ Other

BRIAN ROBERT HARLING

      Defendant    ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Copy of the signed residential lease between the tenant and the defendant dated June 8, 2013. |
| 2a - f composite | | | | Photos taken by tenant before moving into the defendant's condo. |
| 3a – f composite | | | | Text messages between the defendant and the tenant. |
| 4 composite | | | | Emails exchanged between the defendant and the tenant. |
| 5a – e composite | | | | Still images taken on July 4, 2013 of the condo and the two thumb drives located above the door frame in the closet of the condo. |
| 6 | | | | Video taken on July 4, 2013 of the two thumb drives located in the closet of the condo. |
| 7a – e composite | | | | Still images of each of the five (5) thumb drives. |
| 8 | | | | Memorex Travel Drive thumb drive found by tenant. |
| 9 | | | | SanDisk Cruzer thumb drive found by tenant. |

U.S. v. Brian Robert Harling                                         Page 2 of 3 Pages
2:13-cr-96-FtM-38CM

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 10 | | | | PNY thumb drive found by tenant. |
| 11 | | | | Lexar thumb drive located by officer and tenant above door frame in closet of defendant's condo. |
| 12 | | | | Black and blue PNY Attache thumb drive located by officer and tenant above door frame in closet of defendant's condo. |
| 13a – y composite | | | | Images located on Memorex Travel Drive thumb drive, to include child pornography, images of the defendant, and the defendant's residence in Wisconsin. |
| 14a - c composite | | | | Videos and an image located on SanDisk Cruzer thumb drive. |
| 15a – e composite | | | | Images and videos located on the PNY thumb drive. |
| 16a – g composite | | | | Images taken of defendant's residence located at 8347 N. Whitney Road, Fox Point, Wisconsin 53217. |
| 17a and b composite | | | | Certified copy of the Warranty Deed and Sheriff's Deed for real property located at 8347 N. Whitney Road, Fox Point, Wisconsin 53217. |
| 18a and b composite | | | | Certified copy of the defendant's driver's license from Florida. |
| 19a -c composite | | | | Videos and an image located on the Lexar thumb drive. |
| 20a – k composite | | | | Images and videos located on the black and blue PNY Attache thumb drive. |
| 21a – y composite | | | | Images taken of furnishings located in the defendant's residence in Cape Coral, Florida, to include his couch and decorative pillows. |
| 22a – y composite | | | | The file path and name for each image located on the Memorex Travel Drive thumb drive, in Exhibit 13a – y composite. |
| 23a – c composite | | | | The file path and name for each video located on the SanDisk Cruzer thumb drive, in Exhibit 14a – c composite. |
| 24a- e composite | | | | The file path and name for each image located on the PNY thumb drive, in Exhibit 15a – e composite. |
| 25a – c composite | | | | The file path and name for each video located on the Lexar thumb drive, in Exhibit 19a - c composite. |
| 26a – k composite | | | | The file path and name for each image located on the black and blue PNY Attache thumb drive, in Exhibit 20a - k composite. |
| 27 | | | | Stipulation regarding a Memorex Travel Drive thumb drive being manufactured in Taiwan. |

U.S. v. Brian Robert Harling                                              Page 3 of 3 Pages
2:13-cr-96-FtM-38CM

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 28 | | | | Stipulation regarding a PNY thumb drive being manufactured outside the State of Florida. |
| 29 | | | | Stipulation regarding a SanDisk Cruzer thumb drive being manufactured outside the State of Florida. |
| 30 | | | | Stipulation regarding a Lexar thumb drive being manufactured outside the State of Florida. |
| 31 | | | | Stipulation regarding images identified from the Dalmations series, which were produced in the State of Wisconsin. |
| 32 | | | | Stipulation regarding videos identified from the SpongeB series, which were produced in the State of Utah. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |