UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, ☐
    Government ☒

v.

BRIAN ROBERT HARLING

    Defendant ☐

Case No. 2:13-cr-96-FtM-38CM

☐ Evidentiary
☒ Trial
☐ Other

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 12/2/14 | 12/2/14 | Nicole Dunwoody | Copy of the signed residential lease between the tenant and the defendant dated June 8, 2013. |
| 2a-f composite | 12/2/14 | 12/2/14 | Nicole Dunwoody | Photos taken by tenant before moving into the defendant's condo. |
| 3a-f composite | 12/2/14 | 12/2/14 | Nicole Dunwoody | Text messages between the defendant and the tenant. |
| 4 composite | 12/2/14 | 12/2/14 | Nicole Dunwoody | Emails exchanged between the defendant and the tenant. |
| 5a-e composite | 12/2/14 | 12/2/14 | Officer Dominic Zammit | Still images taken on July 4, 2013 of the condo and the two thumb drives located above the door frame in the closet of the condo. |
| 6 | 12/2/14 | 12/2/14 | Officer Dominic Zammit | Video taken on July 4, 2013 of the two thumb drives located in the closet of the condo. |
| 7a-e composite | 12/2/14 | 12/2/14 | Officer Dominic Zammit | Still images of each of the five (5) thumb drives. |
| 8 | 12/2/14 | 12/2/14 | Officer Dominic Zammit | Memorex Travel Drive thumb drive found by tenant. Sealed |
| 9 | 12/2/14 | 12/2/14 | Officer Dominic Zammit | SanDisk Cruzer thumb drive found by tenant. Sealed |

U.S. v. Brian Robert Harling
2:13-cr-96-FtM-38CM

Page 2 of 2 Pages

## EXHIBIT LIST - Continuation Sheet

| # | | | | |
|---|---|---|---|---|
| 10 | 12/2/14 | 12/2/14 | Officer Dominic Zammit | PNY thumb drive found by tenant. Sealed |
| 11 | 12/2/14 | 12/2/14 | Officer Dominic Zammit | Lexar thumb drive located by officer and tenant above door frame in closet of defendant's condo. Sealed |
| 12 | 12/2/14 | 12/2/14 | Officer Dominic Zammit | Black and blue PNY Attache thumb drive located by officer and tenant above door frame in closet of defendant's condo. Sealed |
| 13a – y composite | 12/2/14 | 12/2/14 | Detective Richard Meeks | Images located on Memorex Travel Drive thumb drive, to include child pornography, images of the defendant, and the defendant's residence in Wisconsin. Sealed |
| 14a - c composite | 12/3/14 | 12/3/14 | Detective Richard Meeks | Videos and an image located on SanDisk Cruzer thumb drive. Sealed |
| 15a – e composite | 12/2/14 | 12/2/14 | Detective Richard Meeks | Images and videos located on the PNY thumb drive. Sealed |
| 16a – g composite | 12/3/14 | 12/3/14 | Special Agent J. Keith Cramsey | Images taken of defendant's residence located at 8347 N. Whitney Road, Fox Point, Wisconsin 53217. |
| | | | | |
| 18a and b composite | 12/2/14 12/3/14 | 12/2/14(A) 12/3/14(B) | Det. Richard Meeks J. Keith Cramsey | Certified copy of the defendant's driver's license from Florida. |
| 19a -c composite | 12/3/14 | 12/3/14 | Detective Richard Meeks | Videos and an image located on the Lexar thumb drive. Sealed |
| 20a – k composite | 12/3/14 | 12/3/14 | Detective Richard Meeks | Images and videos located on the black and blue PNY Attache thumb drive. Sealed |
| 21a – y composite | 12/3/14 | 12/3/14 | Special Agent J. Keith Cramsey | Images taken of furnishings located in the defendant's residence in Cape Coral, Florida, to include his couch and decorative pillows. |
| 22a – y composite | 12/2/14 | 12/2/14 | Detective Richard Meeks | The file path and name for each image located on the Memorex Travel Drive thumb drive, in Exhibit 13a – y composite. |
| 23a – c composite | 12/3/14 | 12/3/14 | Detective Richard Meeks | The file path and name for each video located on the SanDisk Cruzer thumb drive, in Exhibit 14a – c composite. |
| 24a- e composite | 12/2/14 | 12/2/14 | Detective Richard Meeks | The file path and name for each image located on the PNY thumb drive, in Exhibit 15a – e composite. |
| 25a – c composite | 12/3/14 | 12/3/14 | Detective Richard Meeks | The file path and name for each video located on the Lexar thumb drive, in Exhibit 19a - c composite. |
| 26a – k composite | 12/3/14 | 12/3/14 | Detective Richard Meeks | The file path and name for each image located on the black and blue PNY Attache thumb drive, in Exhibit 20a - k composite. |