UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                            CASE NO: 2:13-cr-96-FtM-38CM

BRIAN ROBERT HARLING

_____

## ORDER

This matter comes before the Court on Motion to Seal Trial Exhibits (Doc. #142) filed on December 4, 2014.  The Government moves the Court for an Order sealing the trial exhibits considered to be contraband as the exhibits contain depictions which are of child pornography.  The Adam Walsh Child Protection and Safety Act of 2006 provides safeguards on the dissemination of such materials.  Further, 18 U.S.C. Section 3509(m), provides that in criminal proceedings child pornography shall remain in the care, custody and control of the Government or the Court.  Defense Counsel does not oppose the request to seal the exhibits.  The Court, having considered the motion, finds good cause and will grant the Motion to seal the trial exhibits outlined below.

Accordingly, it is now

**ORDERED:**

Motion to Seal Trial Exhibits (Doc. #142) is **GRANTED**.  The following exhibits are deemed sealed:

Exhibit Number 8;

Exhibit Number 9;

Exhibit Number 10;

Exhibit Number 11;

Exhibit Number 12;

Exhibit Number 13a – y composite;

Exhibit Number 14a – c composite;

Exhibit Number 15a – e composite;

Exhibit Number 19a – c composite;

Exhibit Number 20a – k composite.

**DONE AND ORDERED** at Fort Myers, Florida, this December 5, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE


Copies: Counsel of Record