UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.  2:13-cr-96-FtM-38CM

BRIAN ROBERT HARLING

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253 and Federal Rule of Criminal Procedure 32.2(b)(2), for the following property:

      a.    One black and white eight gigabyte SanDisk Cruzer thumb drive, with the numbers SDCZ36-008G and B10904NVPN;

      b.    One eight gigabyte black and blue PNY Attache thumb drive;

      c.    One gray Memorex one gigabyte Travel Drive thumb drive;

      d.    One black and red four (4) gigabyte Lexar thumb drive; and

      e.    One black eight (8) gigabyte PNY thumb drive.

Following a jury trial, the defendant waived his right to a jury determination on the forfeiture of the assets described above.  Defendant Brian Robert Harling was found guilty of possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2), as charged in count one of the indictment. During trial, the United States presented evidence that all of the thumb drives contain visual depictions of minors engaging in sexually explicit conduct.  Thus, the Court finds that the United States has established the requisite nexus between

the assets identified above and the offenses for which the defendant was found guilty, and the United States is entitled to forfeiture of these assets pursuant to Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.  Pursuant to 18 U.S.C. § 2253(a) and Fed. R. Crim. P. 32.2(b)(2), the assets described above are **FORFEITED** to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b).

The Court retains jurisdiction to enter any order necessary to effectuate the forfeiture and disposition of these assets, and to address any third party interests that may be asserted.

**ORDERED** in Fort Myers, Florida, on this 24th day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Attorneys of Record

2