UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO.   2:13-cr-96-FtM-38CM

BRIAN ROBERT HARLING
_____

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for the following property:

a. One black and white eight gigabyte SanDisk Cruzer thumb drive, with the numbers SDCZ36-008G and B10904NVPN;

b. One eight gigabyte black and blue PNY Attache thumb drive;

c. One gray Memorex one gigabyte Travel Drive thumb drive;

d. One black and red four (4) gigabyte Lexar thumb drive; and

e. One black eight (8) gigabyte PNY thumb drive.

The Court, being fully advised in the premises, hereby finds as follows:

1. On February 24, 2015, the Court entered a Preliminary Order of Forfeiture, seeking forfeiture of defendant Harling's right, title, and interest in the identified assets, pursuant to the provisions of 18 U.S.C. § 2253.   Doc. #150.

2. In accordance with the provisions of Title 21, United States Code, Section 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the assets, on the official

government website, www.forfeiture.gov, from February 26, 2015 through March 27, 2015. Doc. 158. The publication gave notice to all third parties with a legal interest in the assets to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

3. No person or entity, other than Harling, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the assets. No third party has filed a petition or claimed an interest in these assets, and the time for filing a petition has expired.

4. The Court finds that the assets are the property of defendant Harling. Accordingly, it is hereby

**ORDERED** that the United States' motion is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the assets is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(n)(7) for disposition according to law. Clear title to the identified assets is now vested in the United States of America.

**DONE** and **ORDERED** in Fort Myers, Florida, this 10th day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   To All Parties of Record

2